# EXHIBIT A

Case 1:24-cv-00339-JB-B   Doc# 6-1   Filed 10/15/24   Page 1 of 4    PageID# 77

**MetLife**

Policy Number _____

## Application for Life Insurance

Company (Check the appropriate ONE.)
The Company indicated in this section is referred to as "the Company"

- [ ] Metropolitan Life Insurance Company
- [ ] New England Life Insurance Company
- [ ] MetLife Investors Insurance Company
- [ ] General American Life Insurance Company
- [x] MetLife Investors USA Insurance Company

### SECTION I - About the Proposed Insured

For Additional Insureds please complete the **Additional Insureds Supplement** form

| First Name | Middle Name | Last Name |
|---|---|---|
| VICTOR | | TEUMER |

| Permanent Address | City | State | Zip |
|---|---|---|---|
| 5 Echo Lane | Fairhope | AL | 36532 |

| Country of Legal Residence | Date of Birth | E-Mail Address |
|---|---|---|
| USA | [redacted] 1963 | vteumer@bellsouth.net |

| Primary Phone Number | Alternate Phone Number | Preferred Time to Call | From 8:00 [x] AM [ ] PM | To 4 00 [ ] AM [x] PM | Sex [x] Male [ ] Female |
|---|---|---|---|---|---|
| 516057917 | | | | | |

| Place of Birth | Social Security or Tax ID Number | Earned Annual Income | Net Worth |
|---|---|---|---|
| USA, WI | [redacted]3860 | 500000 | |

[x] U.S. Driver's License    If not licensed, please indicate other form of ID:    [ ] Passport    [ ] Government Issued Photo ID

| Issuer of ID | ID Number | Issue Date (if any) | Expiration Date (if any) |
|---|---|---|---|
| | 4478813 | 11/3/2010 | 12/28/2014 |

| Name of Employer | Employer City | State | Zip | Position/Duties |
|---|---|---|---|---|
| Top Grade Valve, Inc. | Fairhope | AL | 36532 | Owner/President |

[x] U.S. CITIZENS ONLY - Country of Citizenship    Green Card/Visa Type    Expiration Date

Country of Permanent Residence    ID Number    Years in the U.S.

### SECTION II - About the Owner

⚠ Complete **ONLY** if the Owner is **NOT** the Proposed Insured.

OWNER - TRUST / BUSINESS ENTITY - Name of Entity    Tax ID Number    Trustee / Owner State

[ ] Trust  [ ] Business Entity  [ ] Charity   [ ] Qualified Pension Plan   📄 Complete the appropriate **required** form(s).

OWNER - OTHER INDIVIDUAL

| First Name | Middle Name | Last Name |
|---|---|---|
| | | |

| Permanent Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Country of Legal Residence | Citizenship | Social Security or Tax ID Number | Date of Birth | Phone Number |
|---|---|---|---|---|

| E-Mail Address | Earned Annual Income | Net Worth | Relationship to Proposed Insured |
|---|---|---|---|

Please indicate form of ID:    [ ] U.S. Driver's License    [ ] Passport    [ ] Government Issued Photo ID
Issuer of ID    ID Number    Issue Date (if any)    Expiration Date (if any)

[ ] Check if ownership should revert to Insured upon Owner and Contingent Owner's deaths.

3-7-07-ALNE    1 of 7    (07/07) eF

## SECTION III - About the Beneficiary / Beneficiaries

For additional Beneficiaries, use Section IX - Additional Information.

[ ] Check here if the Owner is the Primary Beneficiary.
Primary or Contingent Beneficiaries who are NOT the Owner, complete the table below

| Beneficiary Type | Name (First, Middle, Last) | Date of Birth | Relationship to Proposed Insured | Social Security Number (Optional) | Percentage of Proceeds (if not equal) |
|---|---|---|---|---|---|
| Primary | Lee Teumer | /1962 | Spouse | | 100 |
| ] Primary / ] Contingent | | | | | |
| ] Primary / ] Contingent | | | | | |

[ ] Check here to include all living and future natural or adopted children of the Proposed Insured as Contingent Beneficiaries. (Name all living children above.)
[ ] If a Custodian is acting on behalf of a minor Beneficiary listed above, please use **Co-Owner/Contingent Owner and UTMA Designations Supplement** form
⚠ Federal law states that if someone with special needs has assets over $2,000, they may lose eligibility for government benefits

## SECTION IV - About Proposed Coverage

Check the desired coverage(s).

[ ] Universal Life     [ ] Variable Life     [ ] Whole Life     [X] Term Life

| Product Name | Product Name | Product Name |
|---|---|---|
| | | GLT 10 |
| Face Amount* | Face Amount* | Face Amount* |
| | | 500000 |
| Riders and Details | Riders and Details | Riders and Details |
| Coverage Continuation (UL only) | | |
| Disability Waiver: | [ ] Disability Waiver | Disability Waiver: |
| [ ] Specified Premium | Dividend Options: | [ ] Convertible   [ ] Non Convertible |
| [ ] Monthly Deduction (VUL only) | [ ] Paid-Up Additions | |
| Death Benefit Option | [ ] Other, please specify | |
| Definition of Life Insurance: | | |
| [ ] Guideline Premium Test | [ ] Automatic Premium Loan Requested | |
| [ ] Cash Value Accumulation Test | | |
| Planned Premium | | |
| Year 1 ___ | | |
| Years 2 to ___ ___ | | |
| Years ___ to ___ (UL only) | | |

ⓘ For a full list of riders and options, please consult with your Producer
**Note:** Some riders may require supplement forms to be completed
≈ For Variable Life products, please complete the **Variable Life Supplement** form.
* If Face Amount is equal to or exceeds $1,000,000, please complete the **Personal Financial Information** form.

**ADDITIONAL OPTIONS**

One Time (Single) Payment Amount    1035 Exchange Amount    Requested Policy Date    [ ] Save Age
_____    _____    _____

**POLICY OPTIONS**
[ ] Alternate Policy: Product, Face Amount and Details
[ ] Additional Policy: Product, Face Amount and Details
[ ] Group Conversion Only            } ≈ Please complete the **Group Conversion Supplement** form for either choice
[ ] Group Conversion Alternative

# Term Life Insurance Policy

**Insured**     **VICTOR TEUMER**

**Policy Number**     212 244 245 US

**Type of Insurance**     Yearly Renewable Term
                                 with Guaranteed Premiums

**Face Amount**     $500,000.00

---

MetLife Investors USA Insurance Company will pay the Face Amount of this Policy and provide the other rights and benefits of the Policy according to its provisions.

Signed on the Date of Issue for the Company at its Home Office
1300 Delaware Ave, Suite 900
P.O. Box 25130
Wilmington, DE 19899

_____                              _____
President                                                                   Secretary

## Term Life Insurance Policy

- The policy proceeds are payable if the Insured dies while the insurance is in force
- Premiums are payable to the Company for a specified period. (See the *Schedule of Renewal Premiums*.)
- Premiums for the first year are shown in the Policy Schedule and for later years are shown in the Schedule of Renewal Premiums
- The Policy is not participating and does not share in dividends
- The Policy is automatically renewable until the Final Expiry Date shown in the Policy Schedule.
- The Policy can be converted to permanent insurance within the Conversion Period shown in the Policy Schedule.

**Please Read Your Policy Carefully**
This Policy is a legal contract between you and the Company

**10 Day Right to Return the Policy**
You have 10 days after you receive this Policy from the Company to review it. Within those 10 days, you can return the Policy to the Company or its sales representative for any reason. If you return the policy: any premiums paid will then be refunded; and the Policy will be cancelled from the start.

---

-21-04          1          AAAF1D