# EXHIBIT D

ELECTRONICALLY FILED
9/19/2017 8:49 AM
05-DR-2017-901208.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TEUMER LEE ANN,                    )
Plaintiff,                        )
                                  )
V.                                )    Case No.:    DR-2017-901208.00
                                  )
TEUMER VICTOR ROLAND,             )
Defendant.                        )

## STATUS QUO ORDER
### (Effective 4/1/2017)

1. <u>SERVICE:</u>        Plaintiff shall attempt service within 30 days of filing the Complaint or within 60 days where publication may be necessary.

2. <u>DISCOVERY:</u>   Discovery shall be completed pursuant to the Alabama Rules of Civil Procedure.  Discovery shall NOT be filed with the Clerk.

3. <u>CUSTODY/PARENTING TIME:</u>    The parties shall execute parental duties as to any children of the marriage/relationship in the manner in which it was provided prior to separation. If the parties cannot agree as to how to divide said time, the noncustodial parent shall have parenting time pursuant to the court's Schedule A Order, which is available at the Clerk's Office.

4. <u>DEBTS/FINANCIAL OBLIGATIONS OF THE PARTIES:</u>    The parties are ordered to pay debts incurred during the marriage and any other regular, recurring monthly financial obligations (such as rent/mortgage, utilities, groceries, insurance, medical expenses, etc) in the same manner in from the same sources as they have customarily been paid during the marriage.

5. <u>STATUS QUO:</u>   The parties shall not dispose of assets acquired during the marriage without leave of court, except where necessary in the normal and reasonable course of a business.

6. <u>MEDIATION:</u>    The Court encourages mediation, and parties may be REQUIRED to mediate the case if it is not disposed within 8 months of service of process. Parties may agree to use a particular mediator if they choose or may ask that the court appoint one, but must notify the court of their choice.

7. <u>SPECIAL SETTINGS:</u>   Any case requiring 3 or more hours of court time is considered a special setting.  A special setting must be requested in writing, and MUST complete mediation before any trial date will be set.

8.     <u>AVAILABILITY OF PRIVATE JUDGES:</u>     All DR filings are eligible for transfer to a private judge for disposition pursuant to Section 12-11A-2, et seq, *Code of Alabama (1975)*. Motions requesting the same must be filed with the Clerk of Court to be considered.

9.     <u>TRANSPARENTING COURSE:</u>     Parents with minor children shall attend the course offered through the Baldwin County Child Advocacy Center prior to the court's entry of any order disposing of a case. Additional information may be obtained from the Clerk's Office or the Child Advocacy Center (937-3716).

10.    <u>CASE SET FOR TRIAL:</u>     **November 21, 2017, 9:00am, Bay Minette Courthouse. Temporary hearing set on October 19, 2017, 9:00am, Bay Minette Courthouse.**  Trial dates may be subject to resetting or utilization of an alternate judge for disposition if time estimate for trial is extremely lengthy.

**DONE this 19th day of September, 2017.**

**/s/ CARMEN E. BOSCH**
**CIRCUIT JUDGE**