# EXHIBIT F

ELECTRONICALLY FILED
1/6/2020 9:00 AM
05-DR-2017-901208.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

TEUMER LEE ANN,                  )
Plaintiff,                       )
                                 )
V.                               )  Case No.:     DR-2017-901208.00
                                 )
TEUMER VICTOR ROLAND,            )
Defendant.                       )

## FINAL JUDGMENT OF DIVORCE

The parties having appeared before this Honorable Court for trial on several occasions and the trial concluding on December 16, 2019, the Plaintiff being present and represented by Kenneth R. Raines, and the Defendant being present and represented by Jerry Pilgrim, based upon the pleadings of record, evidence presented and testimony taken ore tenus, and after due consideration thereof, it is, **ORDERED, ADJUDGED AND DECREED** as follows:

**1.**     That the bonds of matrimony heretofore existing between the parties hereto are hereby dissolved and they are hereby forever divorced from one another on the grounds of adultery and excessive substance abuse by the Husband, as well as incompatibility of temperament and irretrievable breakdown of the marriage.

**2.**     Neither party shall contract marriage, except to each other, until sixty (60) days after the date of this decree.  Should an appeal be taken within forty-two (42) days, neither party shall contract marriage except to each other, during the period of the appeal.

**3.**     The Wife shall receive all interest, equity, title, use and possession of this marital home located on Echo Lane. The Wife shall be responsible for any and all

indebtedness on the marital home and shall indemnify and hold the Husband harmless therefrom.  The Husband is divested of and waives any right, title, interest, equity and claims he may have to said property and shall execute a quit claim deed to convey said, right, title, interest and claim to the Wife.

      **4.**      The lot located on Satsuma Street shall be sold.  After all indebtedness, realtor fees, and costs have been paid, the Wife shall receive 75% of the remaining funds and the Husband shall receive 25%.

      **5.**      The Husband is awarded the lot located in Magnolia Springs, in amount of interest he holds pursuant to his interest in Teumer's Corner, LLC.  The Husband shall be responsible for the indebtedness and expenses for said property.  The Husband shall indemnify and hold the Wife harmless of the same.  The Wife shall execute a quitclaim deed to convey any of her marital right, title, interest and claim to the Husband.

      **6.**      The Husband's 26% interest in Hy Grade Valve, Inc. is to be sold.  All monies from the sale shall be paid by the Husband to the Wife as lump sum alimony.

      **7.**      The Wife shall have the exclusive use, ownership and possession of the Cadillac automobile.  The Wife shall be responsible for any and all debt associated with said vehicle, maintain insurance on said vehicle and shall indemnify and hold the Husband harmless from the same.  The Husband agrees to execute any and all documents necessary to affect the transfer of title on said vehicle to the Wife.

      **8.**      The Wife shall have the exclusive use, ownership and possession of the Toyota Venza automobile.  The Wife shall be responsible for any and all debt associated with said vehicle, maintain insurance on said vehicle and shall indemnify

and hold the Husband harmless from the same. The Husband agrees to execute any and all documents necessary to affect the transfer of title on said vehicle to the Wife.

9.      The Wife shall have the exclusive use, ownership and possession of the Volvo automobile. The Wife shall be responsible for any and all debt associated with said vehicle, maintain insurance on said vehicle and shall indemnify and hold the Husband harmless from the same. The Husband agrees to execute any and all documents necessary to affect the transfer of title on said vehicle to the Wife.

10.     The Wife shall have the exclusive use, ownership and possession of the Hydrasport. The Wife shall be responsible for any and all debt and shall indemnify and hold the Husband harmless from the same. The Husband agrees to execute any and all documents necessary to affect the transfer of title on said vehicle to the Wife.

11.     The Husband shall have the exclusive use, ownership and possession of the Jeep automobile. The Husband shall be responsible for any and all debt associated with said vehicle, maintain insurance on said vehicle and shall indemnify and hold the Wife harmless from the same. The Wife agrees to execute any and all documents necessary to affect the transfer of title on said vehicle to the Husband.

12.     The Husband shall have the exclusive use, ownership and possession of the BMW automobile. The Husband shall be responsible for any and all debt associated with said vehicle, maintain insurance on said vehicle and shall indemnify and hold the Wife harmless from the same. The Wife agrees to execute any and all documents necessary to affect the transfer of title on said vehicle to the Husband.

13.      The Husband shall be responsible for any and all debt for the 2009 Albamarie Boat and shall indemnify and hold the Wife harmless from the same.

**14.**     The Wife shall be responsible for the following debts and she shall indemnify and hold the Husband harmless from the same.

   A.     Joint Chase Credit Card Debt;

   B.     Joint Compass Bank Visa;

   C.     Both of her American Express credit cards; and

   D.     Walcott Adams.

**15.**     The Husband shall be responsible for the following debts and he shall indemnify and hold the Wife harmless from the same.

   A.     His Bank of America debt; and

   B.     His Wells Fargo debt.

**16.**     Each party shall be responsible for any and all debts in their respected names and that have not been previously mentioned in this order.  Each party shall indemnify and hold the other party harmless of the same.

**17.**     The Wife shall receive her checking and savings account without any claim by the Husband.

**18.**     The Husband shall receive the Teumer's Corner L.L.C. account without any claim by the Wife.

**19.**     The Retirement accounts are to be equalized between the parties and the Husband is ordered to convey and execute any and all necessary paperwork such that the Wife is awarded and delivered $335, 531.42 from the Husband's retirement accounts. This transfer will be conducted via QDRO and will be executed by the Court upon presentation. The Court retains jurisdiction to enter the QDRO and enforce its affect.

The Husband receives the remaining balance, after transfer above, of his retirement accounts, without claim by the Wife.

The Wife receives all of her existing retirement account without claim by the Husband.

**20.**    The Husband shall receive his gun and fishing items stored at Hy Grade Valve, Inc. as listed in Defendant's Exhibit 2.

**21.**    All other personal items and property shall be awarded pursuant to designation on Defendant's Exhibit 1.

**22.**    The Husband shall be financially responsible for the Mobile County lawsuit and shall indemnify and hold the Wife harmless from the same.

**23.**    The Husband shall have a life insurance policy on his life in the amount of $500,000.00.  The Wife shall be responsible for paying for said policy and shall be listed as the sole beneficiary and owner of the policy.

**24.**    The Husband shall reimburse the Wife for attorney's fees in the amount of $15,000.00.  The Wife shall receive a judgment against the Husband for said amount.

**25.**    The Court will retain jurisdiction of this matter.

**26.**    Any and all other relief requested and not addressed herein, shall be denied.

**DONE this 6th day of January, 2020.**

**/s/ CARMEN E. BOSCH**
**CIRCUIT JUDGE**