# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHASSITY EBBOLE,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  CIVIL ACTION NO. 24-00339-JB-B |
| | * |
| **BRIGHTHOUSE LIFE INSURANCE COMPANY.** | * |
| | * |
| Defendant. | * |

## JOINT NOTICE OF SETTLEMENT

The parties hereby submit their joint notice of settlement of this action during the mediation on June 23, 2025. Within thirty (30) days, the parties will file a joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with all costs taxed as paid.

Dated: June 23, 2025                Respectfully submitted,

| | |
|---|---|
| **LYON LAW FIRM, P.C.** | **BRESSLER, AMERY & ROSS, P.C.** |
| *s/ William M. Lyon Jr.* | *s/ Louis F. Mendez* |
| William M. Lyon Jr., Esq. | Louis F. Mendez, Esq. |
| 118 North Royal Street | Jada K. Satchell, Esq. |
| Suite 701 | 2001 Park Place, Suite 1500 |
| Mobile, AL 36602 | Birmingham, AL 35203 |
| Tel.: (251) 490-4446 | Tel.: (205) 719-0400 |
| bj@lyonlawpc.com | Fax: (205) 719-0500 |
| | lmendez@bressler.com |
| | jsatchell@bressler.com |
| | |
| *Counsel for Plaintiff Chassity Ebbole* | *Counsel for Defendant Brighthouse Life Insurance Company* |